No. 111. JULIA BOYLAN ET AL. *v:* UNITED STATES. Error to the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted October 24, 1921. Decided November 7, 1921. *Per Curiam.* Dismissed for want of jurisdiction, due to failure to apply for writ of error within the statutory period which began with the date of the entry of the final judgment of the Circuit Court of Appeals to which the writ of error issued, and not with date of the entry of the judgment in the District Court under the mandate of the Circuit Court of Appeals. Act of September 6, 1916, c. 448, § 6, 39 Stat. 726, 727. *Mr. William F. Santry* and *Mr. E. Leland Hunt* for plaintiffs in error. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Riter* for the United States.

No. —, Original. *Ex parte:* IN THE MATTER OF BRADY W. WARNER, PETITIONER. Submitted November 7, 1921. Decided November 14, 1921. Motion for leave to file petition for a writ of mandamus herein denied. *Mr. Frans E. Lindquist* for petitioner.